CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>  v.<br><br>ELLA JEAN LYNCH, in individual and representative capacity as trustee of The Lynch Living Trust Agreement dated November 4, 2008; MICHAEL R. LYNCH, in individual and representative capacity as trustee of The Lynch Living Trust Agreement dated November 4, 2008; BOBAE RIM; and Does 1-10,<br>   Defendants. | **Case:** 2:20-cv-00284-PA-SK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

  **PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

  Defendants Ella Jean Lynch; Michael R. Lynch and Bobae Rim has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 20, 2020   CENTER FOR DISABILITY ACCESS

       By: /s/ Phyl Grace
        Phyl Grace
        Attorneys for Plaintiff

1